IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 7:21-cv-181

JEFFREY DAVIS,

    Plaintiff,

v.

FIRST PROTECTIVE INSURANCE
COMPANY D/B/A FRONTLINE
INSURANCE,

    Defendant.

**NOTICE OF REMOVAL**

Please take notice that Defendant, FIRST PROTECTIVE INSURANCE COMPANY D/B/A FRONTLINE INSURANCE ("Defendant"), by and through undersigned counsel, hereby removes this action from the Superior Court of New Hanover County, North Carolina to the United States District Court for the Eastern District of North Carolina.

**Nature of the Action**

1. On or about September 10, 2021, Plaintiff, Jeffrey Davis ("Plaintiff"), filed a complaint in the Superior Court of New Hanover County, North Carolina alleging, or attempting to allege, claims for breach of contract, violations of the Unfair and Deceptive Trade Practices Act and common law bad faith against Defendant. *See* Complaint, attached hereto as Exhibit "A."

2. The matter arises out of the adjustment of an insurance claim arising from Hurricane Florence, which caused damage to Plaintiff's property on or about September 13, 2018. *See* Complaint.

## Federal Jurisdiction Exists

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because complete diversity exists among the parties and the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and costs.

4. Defendant was served with the Complaint through the North Carolina Department of Insurance on September 22, 2021. *See* Service of Process Transmittal, attached hereto as Exhibit "B."

5. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it is filed within 30 days of service of process on Defendant.

## Complete Diversity Between Plaintiff and Defendants Exists

6. According to Plaintiff's Complaint, Plaintiff is a citizen and resident of North Carolina. *See* Complaint at ¶ 4.

7. Defendant is alleged to be a citizen of Florida. *See* Complaint at ¶ 5.

8. For diversity purposes, Plaintiff and Defendant are citizens of different states.

9. As required by 28 U.S.C. § 1332(a) and (c), complete diversity exists between the parties.

## The Amount in Controversy Exceeds $75,000

10. "The amount in controversy is determined by considering the judgment that would be entered if the plaintiff prevailed on the merits of his case as it stands at the time of removal." *McCoy v. Erie Ins. Co.,* 147 F.Supp. 2d 481, 489 (S.D.W.Va. 2001). That is, "the pecuniary result ... which [a] judgment would produce." *Dixon v. Edwards,* 290 F.3d 699, 710 (4th Cir. 2002) (citation omitted).

11. In determining the amount the Complaint places in controversy, the Court is not

required to leave its common sense behind. *See Carver v. Phoenix Ins. Co.*, No. 1:11CV203, 2012 WL 1476064 (M.D.N.C. April 24, 2012). Here, judicial experience and common sense permit the reasonable conclusion that more than $75,000 is at issue here.

12. Plaintiffs allege the amount in dispute is "over $600,000." *See* Complaint at ¶ 14.

13. In addition to the alleged compensatory damages, Plaintiff asserts, or attempts to assert, a cause of action for alleged violations of the Unfair and Deceptive Trade Practices Act. *See* Complaint at ¶¶ 18-24.

14. As a result of that cause of action, Plaintiff alleges he is entitled to treble damages and attorneys' fees under N.C. Gen. Stat. § 75-1.1 et. seq. *See* Complaint at ¶ 24.

15. While Defendant denies Plaintiff's allegations, Plaintiff's Complaint places these categories of damages at issue.

16. When actual, incidental, consequential, treble damages and attorneys' fees are alleged, Plaintiff's Complaint places more than $75,000.00 in controversy.

## **Procedural Requirements Are Satisfied and This Removal is Proper**

17. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served to date are attached hereto as exhibits.

18. All defendants are parties to this removal.

19. Venue is proper in this Court for this removed action pursuant to 28 U.S.C. § 1446(a) as the U.S. District Court for the Eastern District of North Carolina is located in the district in which the state court action is pending.

20. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court of New Hanover County, North Carolina.

## Conclusion

21. Because complete diversity of citizenship exists between the parties to this action and the amount in controversy exceeds $75,000, this action is properly removable.

22. By filing this Notice of Removal, Defendant does not waive any claims or defenses available to it.

23. Defendant hereby reserves the right to amend or supplement this Notice of Removal.

24. Defendant respectfully requests that this Court allow it the opportunity to brief and argue before this Court any issue or question concerning the removal of this case in the event that remand is sought by Plaintiff or otherwise considered by the Court.

WHEREFORE, Defendant, by and through undersigned counsel, hereby gives notice that the above-entitled matter has been timely removed to this Court.

This the 21st day of October, 2021.

/s/ Jeffrey D. Keister
JEFFREY D. KEISTER (Bar No: 28612)
JEFFREY KUYKENDAL (Bar No: 37693)
McAngus Goudelock & Courie, PLLC
Post Office Box 30516
Raleigh, North Carolina 27622
(919) 719-8200
jkeister@mgclaw.com
jeffrey.kuykendal@mgclaw.com

*Attorneys for Attorney for First Protective Insurance Company d/b/a Frontline Insurance*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date specified below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system; and I certify that on that same date, I served the foregoing via electronic mail and by depositing a copy of the same in an official depository of the U.S. Mail in a postage-paid envelope addressed as follows:

> Email: tracie@tbrissonlaw.com
> Tracie Brisson
> Law Office of Tracie Brisson, PC
> 803-G South College Road
> Wilmington, North Carolina 28403
> Attorney for Jeffrey Davis
>
> Email: msd@mdavenportlaw.com
> Michael S. Davenport
> Law Office of Michael Davenport, PC
> 2505 South College Road
> Wilmington, North Carolina 28412
> Attorney for Jeffrey Davis

This the 21st day of October, 2021.

>  /s/ Jeffrey D. Keister
> JEFFREY D. KEISTER
> JEFFREY B. KUYKENDAL